UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-00449-FL-001

| UNITED STATES OF AMERICA | ORDER |
| --- | --- |
| v. | |
| MICHAEL AHMED | |

THIS MATTER, came on to be heard upon motion of Defendant by and through counsel, and to seal proposed sealed document, pursuant to Local Criminal Rule 55.2. Based on the contents of the motion to seal proposed sealed document, the proposed sealed document is ordered SEALED, and may not be disclosed without approval from this Court.

SO ORDERED.

Respectfully submitted.  This the 15th day of ___August___, 2019.



_____
Hon. Louise Flanagan
United States District Judge, EDNC