FILED IN OPEN COURT
ON 8/21/19 SWT
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00449-FL

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| MICHAEL AHMED | : |

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on January 29, 2019, and the defendant's guilty plea to an offense in violation of 18 U.S.C. § 2252(a)(2), the following property is hereby forfeitable pursuant to 18 U.S.C. § 2253, to wit:

- Dell Constellation drive with serial number 9WJ16GPD,
- Seagate Barracuda drive with serial number 9VMFKN9R, and
- Any and all accompanying power cords;

AND WHEREAS, by virtue of said Memorandum of Plea Agreement and all other evidence of record, the United States is now entitled to possession of said personal property, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure;

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant Michael Ahmed and other evidence of record, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to

1

the United States for disposition in accordance with the law, including destruction. In accordance with Fed. R. Crim. P. 32.2(b)(4), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3).

3. That in accordance with Supplemental Rule G(4)(i)(A), the Government need neither publish notice nor provide direct notice, as the property is worth less than $1,000 and no other owners or interested parties have been identified.

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This 21st day of August, 2019.

LOUISE WOOD FLANAGAN
United States District Judge