UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00449-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CONSENT ORDER FOR |
| v. | ) | RESTITUTION |
| | ) | |
| MICHAEL AHMED | ) | |

Pursuant to a joint motion of the United States and Defendant, and with their consent, the Court hereby ORDERS as follows:

In Defendant's plea agreement, Defendant agreed to pay immediately any restitution ordered by the Court. Pursuant to 18 U.S.C. §§ 2259 and 3664, and in accordance with the terms and conditions of Defendant's plea agreement, Defendant and the United States have agreed and stipulated that Defendant owes:

$1,000.00 in United States Currency to each of the thirteen (13) identified victims who have been recognized as having claims by their respective counsel. (Addresses for payment will be provided to the Court clerk by defense counsel.) Defendant and the United States agree that restitution is due and payable in full immediately and that any payment plan established by the Court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law.

The Court finds that Defendant's agreement, including the amount of restitution, is consistent with the law and the facts of this case. Accordingly, Defendant shall pay $1,000.00 in United States Currency to each of the thirteen (13)

identified victims in accordance with the parties' agreement, as set forth above, and in accordance with the Court's judgment. The Court further orders that Defendant's restitution shall be due and payable in full immediately. This consent order shall be made part of Defendant's criminal judgment in this case.

SO ORDERED, this __25th__ day of ___November___, 2019.

LOUISE W. FLANAGAN
United States District Judge

AGREED AND CONSENTED TO BY:

ROBERT HALE
Counsel for Defendant

11-22-19
Date

ROBERT J. HIGDON, JR.
United States Attorney

DANIEL W. SMITH
Assistant United States Attorney

11/22/19
Date